ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SIMS GROUP USA CORPORATION,<br><br>Defendant. | Case No. 2:08-cv-00879-WBS-KJM<br><br>PLAINTIFF'S EX PARTE APPLICATION TO REQUEST CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Conference Date: July 28, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 5<br>Before: Hon. William B. Shubb |

   WHEREAS, the Court's Order Setting Status (Pretrial) Scheduling Conference of April 25, 2008 orders that a Case Management Conference will occur in the above-captioned matter on July 28, 2008 at 2:00 p.m. in Courtroom 5;

   WHEREAS, Plaintiff has not yet served the complaint and summons on Defendant Sims Group USA Corporation;

   WHEREAS, Defendant has not yet made an appearance in this matter;

   WHEREAS, the parties have undertaken substantive settlement negotiations, which have included an inspection of the facility at issue and an exchange of settlement proposals;

PLAINTIFF'S EX PARTE APPLICATION                                      Case No. 2:08-cv-00879-WBS-KJM
TO REQUEST CONTINUANCE OF CMC            1

WHEREAS, Plaintiff does not intend to serve the complaint and summons on Defendant until August 23, 2008, the last date allowable under Federal Rule of Civil Procedure 4(m), in order to promote continuing settlement negotiations and conserve the resources of the parties and the Court:

IT IS HEREBY REQUESTED in this EX PARTE APPLICATION that the Court continue the Case Management Conference scheduled for July 28, 2008 by at least ninety days to on or around October 27, 2008 or a time thereafter that is convenient for the Court.

Respectfully Submitted

Date:   July 11, 2008            THE LAW OFFICES OF ANDREW L. PACKARD

_____
Michael P. Lynes
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED:

Plaintiff's EX PARTE APPLICATION TO REQUEST CONTINUANCE OF CASE MANAGEMENT CONFERENCE in *California Sportfishing Protection Alliance v. Sims Group USA Corporation*, Case No. 2:08-cv-00879-WBS-KJM, is GRANTED.

The Case Management Conference is continued to **November 3, 2008 at 2:00 p.m.**

Date: July 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE