UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

        Plaintiff,

    v.

SIMS GROUP USA CORPORATION,

        Defendant.
_____/

NO. CIV. 08-0879 WBS KJM

ORDER

----oo0oo----

In its Order Setting Status (Pretrial Scheduling) Conference issued on April 25, 2008, this court unequivocally instructed any non-governmental corporate party to include its corporate disclosures in the parties' Joint Status Report:

> In order to assist the court in meeting its recusal responsibilities, any non-governmental corporate party to this action shall submit a statement identifying all its parent and subsidiary corporations and listing any publicly held company that owns 10% or more the party's stock. Such statement shall be included in the parties' Joint Status Report. If any non-governmental corporate party has no parent or subsidiary corporations or no publicly held companies owning 10% or more of its stock,

1

      it shall so state in the Joint Stat[u]s Report. **Failure to comply with the foregoing requirements of this paragraph will result in the Joint Status Report being stricken and such other sanctions as may be appropriate.** Thereafter, if there is any change in the information, the party shall file and serve a supplemental statement within a reasonable time after such change occurs.

(Apr. 25, 2008 Order ¶ 6.)

      On October 10, 2008, the parties filed a Joint Status Report, but in disobedience to this court's Order failed to include corporate disclosures in the report or in any document previously filed.

      IT IS THEREFORE ORDERED THAT the parties' Joint Status Report be stricken from the record and that the Scheduling Conference set for November 3, 2008 be rescheduled for December 15, 2008. The parties shall submit a new Joint Status Report that complies with this court's April 25, 2008 Order no later than December 1, 2008.

      IT IS FURTHER ORDERED THAT, in the new Joint Status Report, plaintiff and defendant shall show cause why they should each not be sanctioned in the amount of $175.00 each for failure to comply with this court's April 25, 2008 Order.

DATED: October 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE