ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

MARGARET ROSEGAY (State Bar No. 96963)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
E-mail: margaret.rosegay@pillsburylaw.com

Attorneys for Defendant
SIMS GROUP USA CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SIMS GROUP USA CORPORATION,<br><br>Defendant. | Case No. 2:08-cv-00879-WBS-KJM<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>Judge: Hon. William B. Shubb |

WHEREAS, on January 10, 2008, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Sims Group USA Corporation ("Sims") with a Notice of Violations and Intent to File Suit (" CWA Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on March 24, 2009, CSPA provided notice of alleged violations by Sims of California Health and Safety Code § 25249.5, et seq. ("Prop 65") and CSPA's intention to file suit against Sims ("Prop. 65 Notice") to the California Attorney General's Office and to the District Attorneys of Yolo, Sacramento, and Solano Counties.

WHEREAS, on April 15, 2008, CSPA filed a Complaint against Sims in this Court, *California Sportfishing Protection Alliance v. Sims Group USA Corporation*, Case No. 2:08-cv-00879-WBS-KJM.  Said Complaint incorporates by reference all of the allegations contained in CSPA's CWA Notice.

WHEREAS, CSPA and Sims, through their authorized representatives and without either adjudication of CSPA's claims or admission by Sims of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the CWA Notice, Prop. 65 Notice, and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Consent Agreement entered into by and between CSPA and Sims is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has concluded and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Consent Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the CWA Notice, Prop. 65 Notice, and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraphs 36 and 41 of the Consent Agreement, the

parties also request that this Court maintain jurisdiction over the parties through January 31, 2013, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Consent Agreement.

Dated: July 2, 2009                   Respectfully submitted,

                                                LOZEAU DRURY LLP

                                              By: _/s/ *Douglas J. Chermak*_____
                                                    DOUGLAS J. CHERMAK
                                                    Attorneys for Plaintiff
                                                    CALIFORNIA SPORTFISHING
                                                    PROTECTION ALLIANCE

Dated: July 2, 2009                   By: /s/ *Margaret Rosegay* (as authorized on 7/2/09)
                                                    MARGARET ROSEGAY
                                                    Attorneys for Defendant
                                                    SIMS GROUP USA CORPORATION

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Sims Group USA Corporation, as set forth in the CWA Notice, Prop. 65 Notice and Complaint filed in Case No. 2:08-cv-00879-WBS-KJM, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through January 31, 2013 for the sole purpose of enforcing compliance by the parties of the terms of the Consent Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

IT IS SO ORDERED.

Dated: July 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE